APPROVED

*Judge Vaughn R Walker*

1  Russell L. Johnson (SBN 053833)
   rljohnson@sidley.com
2  Peter H. Kang (SBN 158101)
   pkang@sidley.com
3  Teague I. Donahey (SBN 197531)
   tdonahey@sidley.com
4  SIDLEY AUSTIN BROWN & WOOD LLP
   555 California Street
5  San Francisco, California 94104
   Telephone: (415) 772-1200
6  Facsimile: (415) 772-7400

7  Attorneys for Plaintiff
   AMKOR TECHNOLOGY, INC.
8

9  William J. Bohler (SBN 141970)
   wjbohler@townsend.com
10 Gregory S. Bishop (SBN 184680)
   gsbishop@townsend.com
11 Igor Shoiket (SBN 190066)
   ishoiket@townsend.com
12 TOWNSEND AND TOWNSEND AND CREW LLP
   379 Lytton Avenue
13 Palo Alto, California 94301
   Telephone: (650) 326-2400
14 Facsimile: (650) 326-2422

15 Attorneys for Defendants
   CARSEM (M) SDN BHD, CARSEM SEMICONDUCTOR SDN BHD, and CARSEM INC.,
16

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| AMKOR TECHNOLOGY, INC., | ) | Case No. C-03-5116 VRW |
| Plaintiff, | ) | |
| vs. | ) | **THIRD JOINT STATUS REPORT CONCERNING STAY OF PROCEEDINGS** |
| CARSEM (M) SDN BHD, CARSEM SEMICONDUCTOR SDN BHD, and CARSEM INC., | ) | |
| Defendants. | ) | |

**THIRD JOINT STATUS REPORT CONCERNING STAY OF PROCEEDINGS – C03 5116 VRW**

| | |
|---|---|
| 1 | Pursuant to the Court's request, the parties hereby submit a Third Joint Status Report |
| 2 | Concerning Stay of Proceedings.  The parties are continuing to litigate their dispute before the U.S. |
| 3 | International Trade Commission ("ITC") in the investigation styled *In the Matter of Certain* |
| 4 | *Encapsulated Integrated Circuit Devices and Products Containing Same*, ITC Inv. No. 337-TA-501. |
| 5 | The Administrative Law Judge issued an Initial Determination on November 18, 2004.  Thereafter, |
| 6 | on February 1, 2005, the ITC decided to review the ALJ's Initial Determination and extended the |
| 7 | target date for completion of the investigation until March 31, 2005.   After review, the ITC |
| 8 | modified the ALJ's claim construction regarding certain terms, and remanded the investigation back |
| 9 | to the ALJ for further findings in light of these changes.  On July 26, 2005, the ITC issued an Order |
| 10 | extending the target date for completion of the investigation to February 9, 2006. |
| 11 | Therefore, pursuant to 28 U.S.C. § 1659, the parties respectfully request that the Stay Order |
| 12 | remain in effect until the determination of the Commission in the ITC Inv. No. 337-TA-501 becomes |
| 13 | final. |
| 14 | Pursuant to General Order 45(X), Plaintiff obtained concurrence in the filing of this |
| 15 | document from counsel for Defendants, as listed below. |

Dated: August 1, 2005                                  SIDLEY AUSTIN BROWN & WOOD LLP


By: /s/ Teague I. Donahey
    Teague I. Donahey
    Attorneys For Plaintiff
    Amkor Technology, Inc.

Dated: August 1, 2005                                  TOWNSEND AND TOWNSEND AND CREW LLP


By: /s/  Igor Shoiket
    Igor Shoiket
    Attorneys For Defendants
    Carsem (M) Sdn Bhd, Carsem Semiconductor
    Sdn Bhd, and Carsem Inc.

**THIRD JOINT STATUS REPORT CONCERNING STAY OF PROCEEDINGS – C03 5116 VRW**                                         2