Russell L. Johnson (SBN 053833)
*rljohnson@sidley.com*
Peter H. Kang (SBN 158101)
*pkang@sidley.com*
Teague I. Donahey (SBN 197531)
*tdonahey@sidley.com*
SIDLEY AUSTIN LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Attorneys for Plaintiff
AMKOR TECHNOLOGY, INC.

William J. Bohler (SBN 141970)
*wjbohler@townsend.com*
Gregory S. Bishop (SBN 184680)
*gsbishop@townsend.com*
Igor Shoiket (SBN 190066)
*ishoiket@townsend.com*
TOWNSEND AND TOWNSEND AND CREW LLP
379 Lytton Avenue
Palo Alto, California 94301
Telephone: (650) 326-2400
Facsimile: (650) 326-2422

Attorneys for Defendants
CARSEM (M) SDN BHD, CARSEM SEMICONDUCTOR SDN BHD, and CARSEM INC.,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMKOR TECHNOLOGY, INC., | No. C 03-5116 VRW (filed Nov. 18, 2003) |
| Plaintiff, | |
| vs. | **FIFTH JOINT STATUS REPORT CONCERNING STAY OF PROCEEDINGS** |
| CARSEM (M) SDN BHD, CARSEM SEMICONDUCTOR SDN BHD, and CARSEM INC., | |
| Defendants. | |

1        Pursuant to the Court's request, *see* Docket No. 27 (Sept. 13, 2006), the parties hereby

2   submit a Fifth Joint Status Report Concerning Stay of Proceedings.  The parties are continuing to

3   litigate their dispute before the U.S. International Trade Commission ("ITC") in the investigation

4   styled *In the Matter of Certain Encapsulated Integrated Circuit Devices and Products Containing*

5   *Same*, ITC Inv. No. 337-TA-501.  The Administrative Law Judge issued an Initial Determination on

6   November 18, 2004.  Thereafter, on February 1, 2005, the ITC decided to review the ALJ's Initial

7   Determination.  The ITC modified the ALJ's claim construction regarding certain terms and

8   remanded the investigation back to the ALJ for further findings in light of these changes.  On

9   November 9, 2005, the ALJ issued a second Initial Determination, which is now before the ITC.  On

10  February 9, 2006, the ITC issued an order stating that "the target date for completion of this

11  investigation is extended to a date that is three (3) months after completion of the pending ASAT,

12  Inc. subpoena enforcement proceedings in the U.S. District Court for the District of Columbia."  The

13  parties do not know when the ASAT, Inc. subpoena enforcement proceedings will be completed in

14  the U.S. District Court for the District of Columbia.

15       Therefore, pursuant to 28 U.S.C. § 1659, the parties respectfully request that the Stay Order

16  remain in effect until the determination of the Commission in the ITC Inv. No. 337-TA-501 becomes

17  final.

18

19

20

21

22

23

24

25

26

27

28

1      Pursuant to General Order 45(X), Plaintiff obtained concurrence in the filing of this

2  document from counsel for Defendants, as listed below.

3

Dated: September 26, 2006          SIDLEY AUSTIN LLP

4

5

6              By: /s/ Teague I. Donahey

7                  Teague I. Donahey
                   Attorneys For Plaintiff

8                  Amkor Technology, Inc.

9  Dated: September 26, 2006          TOWNSEND AND TOWNSEND AND CREW LLP

10

11

12             By: /s/ Igor Shoiket

13                 Igor Shoiket
                   Attorneys For Defendants

14                 Carsem (M) Sdn Bhd, Carsem Semiconductor
                   Sdn Bhd, and Carsem Inc.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Vaughn R Walker
NORTHERN DISTRICT OF CALIFORNIA