IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMKOR TECHNOLOGY, INC,             No C 03-5116 VRW

        Plaintiff,
                                ORDER
    v

CARSEM (M) SDN BDH, CARSEM
SEMICONDUCTOR SDN BDH and CARSEM,
INC,

        Defendant.
_____/

        The parties' most recent joint status report filed January 14, 2010 (Doc #40), requests, pursuant to 28 USC §1659, a further stay of proceedings in this court pending the outcome of their proceedings before the United States International Trade Commission, including any appeals pursuant to the Federal Circuit's decision in <u>In re Princo Corp</u>, 478 F3d 1345 (Fed Cir 2007). The court now orders as follows:

        The parties' request for a further extension of the stay is GRANTED. The parties are directed to submit further joint status reports to the court on the following schedule: on or before July

16, 2010 and on or before January 14, 2011.  Thereafter, the court shall make further orders as necessary.

IT IS SO ORDERED.

_____
VAUGHN R WALKER
United States District Chief Judge