1   Russell L. Johnson (SBN 053833)
    *rljohnson@sidley.com*
2   Peter H. Kang (SBN 158101)
    *pkang@sidley.com*
3   Teague I. Donahey (SBN 197531)
    *tdonahey@sidley.com*
4   Sidley Austin LLP
    555 California Street
5   San Francisco, California 94104
    Telephone: (415) 772-1200
6   Facsimile: (415) 772-7400

7   Attorneys for Plaintiff
    AMKOR TECHNOLOGY, INC.
8

9   William J. Bohler (SBN 141970)
    *wjbohler@comcast.net*
10  LAW OFFICE OF WILLIAM BOHLER
    8043 Rockford Place
11  Pleasanton, California 94566
    Telephone: (650) 218-6652
12  Facsimile: (925) 846-3914

13  Attorneys for Defendants
    CARSEM (M) SDN BHD, CARSEM SEMICONDUCTOR SDN BHD, and CARSEM INC.,
14

*IT IS SO ORDERED*
*Judge Vaughn R Walker*
*July 27, 2010*

United States District Court

Northern District of California

San Francisco Division

| | |
|---|---|
| AMKOR TECHNOLOGY, INC., | No. C 03-5116 VRW (filed Nov. 18, 2003) |
| Plaintiff, | |
| vs. | **TWELFTH JOINT STATUS REPORT CONCERNING STAY OF PROCEEDINGS** |
| CARSEM (M) SDN BHD, CARSEM SEMICONDUCTOR SDN BHD, and CARSEM INC., | |
| Defendants. | |

Pursuant to the Court's request, *see* Docket No. 41 (June 25, 2010), the parties hereby submit this Twelfth Joint Status Report Concerning Stay of Proceedings. The parties are continuing to

**TWELFTH JOINT STATUS REPORT CONCERNING STAY OF PROCEEDINGS — No. C 03-5116 VRW**

1   litigate their dispute before the U.S. International Trade Commission ("ITC") in the investigation
2   styled *In the Matter of Certain Encapsulated Integrated Circuit Devices and Products Containing*
3   *Same*, ITC Inv. No. 337-TA-501.  The Administrative Law Judge ("ALJ") issued an Initial
4   Determination ("ID") on November 18, 2004.  Thereafter, on February 1, 2005, the ITC decided to
5   review the ALJ's ID.  The ITC modified the ALJ's claim construction regarding certain terms and
6   remanded the investigation back to the ALJ for further findings in light of these changes.  On
7   November 9, 2005, the ALJ issued a second ID.  On July 1, 2009, the ITC again remanded this
8   investigation to the ALJ.  A further evidentiary hearing was held before the ALJ on September 10
9   and 11, 2009, and a third ID was issued on October 30, 2009.  On December 16, 2009, the ITC
10  determined that it would review the third ID in its entirety and requested additional briefing from the
11  parties.  On February 18, 2010, the ITC reversed the third ID and remanded this investigation to the
12  ALJ to make findings on the issues of anticipation and obviousness in light of prior art
13  determinations by the Commission.  On March 22, 2010, the ALJ issued a fourth ID, which is under
14  review by the Commission.  The target date for completion of this investigation is July 20, 2010.

15        Therefore, pursuant to 28 U.S.C. § 1659, the parties respectfully request that the Stay Order
16  remain in effect until the determination of the Commission in the ITC Inv. No. 337-TA-501 becomes
17  final, including any appeals pursuant to the decision in *In re Princo Corp.*, 478 F.3d 1345, *reh. den.*,
18  486 F.3d 1365 (Fed. Cir. 2007).

19
20
21
22
23
24
25
26
27
28

Pursuant to General Order 45.X.B, Plaintiff obtained concurrence in the filing of this document from counsel for Defendants, as listed below.

Dated: July 15, 2010                          SIDLEY AUSTIN LLP

By: /s/ Peter H. Kang
     Peter H. Kang
     Attorneys For Plaintiff
     Amkor Technology, Inc.

Dated: July 15, 2010                          LAW OFFICE OF WILLIAM BOHLER

By: /s/ William J. Bohler
     William J. Bohler
     Attorneys For Defendants
     Carsem (M) Sdn Bhd, Carsem Semiconductor
     Sdn Bhd, and Carsem Inc.