IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMKOR TECHNOLOGY, INC,              No    C 03-5116 VRW

      Plaintiff,                             ORDER

      v

CARSEM (M) SDN BHD, CARSEM SEMICONDUCTOR SDN BHD, and CARSEM INC,

      Defendants.

_____/

      The court is in receipt of the parties' Thirteenth Joint Status Report Concerning Stay Of Proceedings. Doc #44. The parties request a further stay in this case until the determination of the United States International Trade Commission in Investigation Number 337-TA-501, including any appeals, becomes final. Id at 3. Having considered the parties' submission, and good cause appearing, the court hereby GRANTS the parties' request for a stay; the action is STAYED until the earlier of the determination of the International Trade Commission in ITC Inv No 337-TA-501, including any appeals, or December 31, 2011.

      IT IS SO ORDERED.

                                           VAUGHN R WALKER
                                           United States District Judge