IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMKOR TECHNOLOGY, INC., | No. C 03-05116 WHA |
| Plaintiff, | |
| v. | **ORDER REGARDING STAY** |
| CARSEM (M) SDN BHD, CARSEM SEMICONDUCTOR SDN BHD, and CARSEM INC., | |
| Defendants. | |

On January 31, 2011, this action was reassigned to the undersigned judge. This order acknowledges the most recent order staying the action "until the earlier of the determination of the International Trade Commission in ITC Inv No 337-TA-501, including any appeals, or December 31, 2011" (Dkt. No. 45). The parties are directed to file a joint status report on **DECEMBER 31, 2011**, or within **TEN DAYS** after the date on which the ITC determination becomes final, whichever is earlier.

**IT IS SO ORDERED.**

Dated: January 31, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE