IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMKOR TECHNOLOGY, INC.,

    Plaintiff,

  v.

CARSEM (M) SDN BHD, CARSEM SEMINCONDUCTOR SDN BHD, and CARSEM INC.,

    Defendants.

                              /

No. C 03-05116 WHA

**ORDER REGARDING STAY**

On January 31, 2011, this action was reassigned to the undersigned judge. A prior order stayed the action until the earlier of the determination of the International Trade Commission in ITC Inv No 337-TA-501, including any appeals, or December 31, 2011 (Dkt. No. 45). The parties filed a joint status report on December 28, 2011, advising that the matter is on appeal with the U.S. Court of Appeals for the Federal Circuit. The Federal Circuit held oral argument on November 10, 2011, and the parties are awaiting decision. The parties shall file a further status report on **MARCH 31, 2012**, or within **TEN DAYS** after the appeal from the underlying action is resolved.

**IT IS SO ORDERED.**

Dated: January 3, 2012.

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE