IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMKOR TECHNOLOGY, INC., | No. C 03-05116 WHA |
| Plaintiff, | |
| v. | **ORDER REGARDING STAY** |
| CARSEM (M) SDN BHD, et al., | |
| Defendants. | |

On January 31, 2011, this action was reassigned to the undersigned judge. A prior order stayed the action until the earlier of the determination of the International Trade Commission in ITC Inv No 337-TA-501, including any appeals (Dkt. No. 45). The parties filed a joint status report advising that the matter is on appeal with the U.S. Court of Appeals for the Federal Circuit. The Federal Circuit held oral argument on November 10, 2011, and the parties are awaiting decision. The parties shall file a further status report on **JUNE 29, 2012**, or within **TEN DAYS** after the appeal from the underlying action is resolved.

**IT IS SO ORDERED.**

Dated: March 30, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE