IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMKOR TECHNOLOGY, INC., | No. C 03-05116 WHA |
| Plaintiff, | |
| v. | **ORDER REGARDING STATUS REPORT** |
| CARSEM (M) SDN BHD, et al., | |
| Defendants. | |

The parties in this patent-infringement action filed a joint status report on the progress of a related ITC action, ITC Inv No 337-TA-501, which was eventually appealed to the Federal Circuit. Prior orders by this Court have stayed this action until final determination of the ITC action, including any appeals (Dkt. Nos. 45, 56). Last month, the Federal Circuit issued its opinion in *Amkor Technology, Inc. v. U.S. Int'l Trade Comm'n*, — F.3d —, No. 2010-1550 (Fed. Cir. Aug. 22, 2012), reversing the ITC Commission and remanding for further adjudication. Defendants plan to file a petition for rehearing en banc by the October 8, 2012, deadline.

Therefore, the parties shall submit a further status report within ten business days of any resolution of any petition, or by December 6, 2012, whichever is sooner.

**IT IS SO ORDERED.**

Dated: September 17, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE