IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMKOR TECHNOLOGY, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>CARSEM (M) SDN BHD, et al.,<br><br>    Defendants.<br>_____/ | No. C 03-05116 WHA<br><br>**ORDER REGARDING STATUS REPORT** |

      Prior orders by this Court have stayed this action until final determination of the ITC action, including any appeals (Dkt. Nos. 45, 56, 58). At present, the parties await resolution of a petition for rehearing en banc.

      The parties shall submit a further status report within ten business days of any resolution of any petition, or by **MARCH 6, 2013**, whichever is sooner.

**IT IS SO ORDERED.**

Dated: December 7, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE