IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMKOR TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> CARSEM (M) SDN BHD, et al., <br><br> Defendants. / | No. C 03-05116 WHA <br><br> **ORDER SETTING CASE MANAGEMENT CONFERENCE** |

In light of the Federal Circuit's denial of the parties' petition for rehearing *en banc* and the vintage of this action, the Court is inclined to move forward expeditiously. The parties shall submit a joint case management statement not to exceed 10 pages by **JANUARY 9 AT NOON**. The parties shall appear for a case management conference on **JANUARY 10 AT 11:00 A.M.** in Courtroom 8, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

**IT IS SO ORDERED.**

Dated: January 4, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE