IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMKOR TECHNOLOGY, Inc.,

Plaintiff,

v.

CARSEM (M) SDN BHD, et al.,,

Defendants.

No. C 03-5116 WHA

**ORDER DENYING PRO HAC VICE APPLICATION OF ATTORNEY ANDREW PRATT**

The *pro hac vice* application of Attorney Andrew Pratt (Dkt. No. 68) is **DENIED** for failing to specify membership in good standing of a United States Court or the highest court of another State or the District of Columbia. Merely claiming membership of "the bar of the state of Washington" is insufficient under the civil local rules. While the application fee does not need to be paid again, the application cannot be processed until a corrected form is submitted.

**IT IS SO ORDERED.**

Dated: January 14, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE