IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMKOR TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> CARSEM (M) SDN BHD ET AL, <br><br> Defendant. | No. C 03-05116 WHA <br><br> **ORDER MAINTAINING STAY AND SETTING CASE MANAGEMENT CONFERENCE** |

Upon consideration of the parties' submissions (Dkt. Nos. 71–72), this order holds that the current stay order shall remain in effect.

The parties shall submit another joint case management statement not to exceed 10 pages by **MAY 9 AT NOON**. The parties shall appear for a case management conference on **MAY 16 AT 11:00 A.M.** in Courtroom 8, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

**IT IS SO ORDERED.**

Dated: January 15, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE