IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMKOR TECHNOLOGY, INC.,           No. C 03-05116 WHA

    Plaintiff,

  v.                                          **ORDER MAINTAINING STAY**

CARSEM (M) SDN BHD, et al.,

    Defendant.

        This order holds that the current stay order shall remain in effect. The parties shall file a further status report on **AUGUST 9**, **2013**, or within **TEN DAYS** after the ITC issues a ruling regarding what further proceedings it intends to conduct, whichever is sooner.

    **IT IS SO ORDERED.**

Dated: May 17, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE