IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMKOR TECHNOLOGY, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>CARSEM (M) SDN BHD, et al.,<br><br>    Defendants.<br>                                                 / | No. C 03-05116 WHA<br><br>**ORDER REGARDING STAY<br>AND NOTICE OF PTO ACTION** |

      Plaintiff commenced this action in 2003. A substantial portion of the past ten years, however, have been consumed by the parties' requests for a continuous stay pending proceedings in the International Trade Commission (ITC). After four initial determinations and a final determination, the Federal Circuit reversed the final determination and remanded the investigation. That investigation is currently pending, according to the parties.

      The operative complaint filed in 2003 asserted infringement of three United States patents. On February 13, defendants filed a notice stating that the United States Patent and Trademark Office rejected all pending claims in one of the asserted patents which was under reexamination. A December 2013 order maintained the current stay and required a joint status report by March 12, 2014, or within ten days after the ITC issues a ruling (Dkt. No. 90).

      By **NOON ON FEBRUARY 21**, the parties shall file a joint status report regarding how (or if) they intend to proceed, and whether the stay should continue.

      **IT IS SO ORDERED.**

Dated: February 18, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE