United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMKOR TECHNOLOGY, INC.,

    Plaintiff,

  v.

CARSEM (M) SDN BHD, et al.,

    Defendants.
                               /

No. C 03-05116 WHA

**ORDER MAINTAINING STAY**

      In light of the parties' representations that "the reexamination is still ongoing at the PTO" and the "ITC investigation is not complete," the current stay order shall remain in effect. The parties shall file a further status report on **JUNE 26, 2014**, or within **TEN DAYS** after the ITC issues a ruling, whichever is sooner.

    **IT IS SO ORDERED.**

Dated: March 18, 2014.

                                               WILLIAM ALSUP
                                               UNITED STATES DISTRICT JUDGE