IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMKOR TECHNOLOGY, INC., | No. C 03-05116 WHA |
| Plaintiff, | |
| v. | |
| CARSEM (M) SDN BHD, et al., | **ORDER SETTING CASE MANAGEMENT CONFERENCE** |
| Defendants. | |

On April 14, the parties stated that the ITC:

> entered a Final Determination finding that Carsem violated Section 337, issued a Limited Exclusion Order, and terminated the investigation. The President has sixty (60) days from April 4, 2014 in which to review and approve or disapprove the Limited Exclusion Order. Carsem then has sixty (60) days in which to file its appeal from the finding of violation to the Court of Appeal for the Federal Circuit.

The parties request that the stay remain in effect (Dkt. No. 96). A case management conference is hereby set for **THURSDAY APRIL 24 AT 11:00 A.M.** in Courtroom 8, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. The parties shall submit a joint case management statement by **NOON ON APRIL 21**.

**IT IS SO ORDERED.**

Dated: April 15, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE