IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMKOR TECHNOLOGY, INC., | No. C 03-05116 WHA |
| Plaintiff, | |
| v. | |
| CARSEM (M) SDN BHD, et al., | **ORDER MAINTAINING STAY, SETTING FURTHER CASE MANAGEMENT CONFERENCE, AND REQUESTING RESPONSE** |
| Defendants. | |

On April 14, the parties stated that the ITC:

> entered a Final Determination finding that Carsem violated Section 337, issued a Limited Exclusion Order, and terminated the investigation. The President has sixty (60) days from April 4, 2014 in which to review and approve or disapprove the Limited Exclusion Order. Carsem then has sixty (60) days in which to file its appeal from the finding of violation to the Court of Appeal for the Federal Circuit.

At the case management conference on April 24, both sides requested that the stay remain in effect. The stay shall remain in effect. Both sides, however, should be prepared to go to trial soon after the stay is lifted.

By **NOON ON MAY 1**, the parties shall file a joint statement regarding whether both sides have agreed to be referred to a magistrate judge for settlement.

The parties shall file a joint status report within **THREE CALENDAR DAYS** of Carsem filing an appeal of the ITC finding, or the appeal period expires, whichever is sooner.

A further case management conference is set for **THURSDAY, AUGUST 7, 2014, AT 11:00 A.M.** in Courtroom 8, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. The parties shall submit a joint case management statement by **NOON ON JULY 31.**

**IT IS SO ORDERED.**

Dated:   April 24, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE